IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY BEMBRY,        §<br>     Plaintiff,     §<br>                          §<br>v.                          §<br>                          §<br>TRANSCOR AMERICA, L.L.C.,  §<br>     Defendant.     § | CIVIL ACTION NO. H-13-2912 |

## **CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **October 13, 2014**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **12th** day of **September, 2014**.

_____
Nancy F. Atlas
United States District Judge